# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donya Yvonne Morris-Fenton a/k/a Donya Y. Morris-Fenton a/k/a Donna Morris-Fenton a/k/a Donya Yvonne Morris Fenton <br> Debtor(s) | BK NO. 23-02461 MJC <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        03 Nov 2023, 14:44:40, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322