Certificate Number: 12433-PAM-DE-038130372

Bankruptcy Case Number: 23-02461


12433-PAM-DE-038130372

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on January 25, 2024, at 7:40 o'clock PM EST, Donya Y. Morris Fenton completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 25, 2024              By:     /s/Candace Jones

                                      Name:   Candace Jones

                                      Title:  Counselor