United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-02461-MJC |
| Donya Yvonne Morris-Fenton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 29, 2024 | Form ID: ntcnfhrg | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donya Yvonne Morris-Fenton, 3163 Pine Valley Way, East Stroudsburg, PA 18302-6704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5574804 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 18:51:00 | BANK OF AMERICA, 4060 OGLETOWN STANTON RD, DE5-019-03-07, NEWARK, DE 19713 |
| 5587541 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 29 2024 18:51:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5586359 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2024 18:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5574805 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2024 19:04:40 | JPMCB CARD SERVICES, 301 N WALNUT STREET, FLOOR 09, WILMINGTON, DE 19801 |
| 5581032 | + | Email/Text: RASEBN@raslg.com | Jan 29 2024 18:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5574806 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 29 2024 18:51:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5574807 | | Email/Text: camanagement@mtb.com | Jan 29 2024 18:51:00 | M & T BANK, LENDING SERVICES CUSTOMER SUPPORT, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5587433 | | Email/Text: camanagement@mtb.com | Jan 29 2024 18:51:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5574808 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 29 2024 18:52:00 | NAVY FEDERAL CREDIT UNION, ONE SECURITY PLACE, MERRIFIELD, VA 22119-0001 |
| 5579924 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 29 2024 18:52:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5574809 | + | Email/Text: servicing@svcfin.com | Jan 29 2024 18:51:00 | SERVICE FINANCE CO, 555 S FEDERAL HWY STE 200, BOCA RATON, FL 33432-6033 |
| 5574810 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2024 18:53:52 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5574811 | | Email/Text: bkelectronicnotices@usaa.com | Jan 29 2024 18:51:00 | USAA SAVINGS BANK, 10750 MCDERMOTT FWY, SAN ANTONIO, TX 78288-1600 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Donya Yvonne Morris-Fenton lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Donya Yvonne Morris−Fenton,<br>aka Donya Y. Morris−Fenton, aka Donna<br>Morris−Fenton, aka Donya Yvonne Morris Fenton,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:23−bk−02461−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 22, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: February 29, 2024<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2024 |

ntcnfhrg (08/21)